THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL J. SAHAGIAN, Appellant.—

Present—Callahan, J. P., Boomer, Green, Pine and Lawton, JJ.